**FOX ROTHSCHILD LLP**
**Formed in the Commonwealth of Pennsylvania**
By:      Karen A. Confoy, Esquire
Princeton Pike Corporate Center
997 Lenox Drive, Bldg. 3
Lawrenceville, NJ 08648-2311
(609) 896-3600
(609) 896-1469 Fax
Attorneys for Defendants, Wockhardt USA, LLC
          and Wockhardt Limited

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>                    Plaintiffs,<br>v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED,<br><br>                    Defendants. | DOCUMENT FILED ELECTRONICALLY<br><br>Civil Action No. 2:12-cv-03967-SDW-MCA (consolidated)<br><br>**ORDER ON CONSENT GRANTING THE *PRO HAC VICE* APPLICATION OF DEFENDANTS WOCKHARDT USA LLC AND WOCKHARDT LIMITED** |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>                    Plaintiffs,<br>v.<br><br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>                    Defendants. | Civil Action No. 2:12-cv-04394-SDW-MCA |

LV1 1886961v1 04/15/13

The above matter having been opened to the Court by Fox Rothschild LLP, attorneys for Defendants Wockhardt USA LLC and Wockhardt Limited (collectively "Wockhardt"), for an Order granting the *pro hac vice* admission of William R. Zimmerman, Esq., of the law firm Knobbe, Martens, Olson & Bear, LLP, on notice to and with the consent of Plaintiff, through counsel, McCarter & English, LLP, and the Court having considered the application, and for good cause shown;

IT IS on this 18th day of April 2013,

**ORDERED** that William R. Zimmerman, Esq., a member of good standing of the Bar of the State of California, is hereby admitted *pro hac vice* to appear and participate as co-counsel for Wockhardt in this matter pursuant to L.Civ.R. 101.1 of the United States District Court for the District of New Jersey; and

**IT IS FURTHER ORDERED** that pursuant to L.Civ.R. 101.1(c)(2) and (3), William R. Zimmerman, Esq., shall pay the annual fee to the New Jersey Lawyers Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, enclosing with payment a completed Form PHV, and shall make payment to the Clerk, United States District Court in the amount of one hundred fifty dollars ($150.00); and

**IT IS FURTHER ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Fox Rothschild LLP, attorneys of record for Wockhardt, who shall be held responsible for said papers and the conduct of the cause and who shall be present in Court during all stages of this proceeding, unless expressly excused by the Court, as well as to be held responsible for the conduct of the admitted attorney herein;

LV1 1886961v1 04/15/13

**IT IS FURTHER ORDERED** that William R. Zimmerman, Esq., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and

**IT IS FURTHER ORDERED** that William R. Zimmerman, Esq., shall be deemed to have agreed not to take a fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Madeline Cox Arleo, U.S.M.J.

LV1 1886961v1 04/15/13