FOX ROTHSCHILD LLP
Karen A. Confoy
Thomas A. Cunniff
Christopher R. Kinkade
997 Lenox Drive, Bldg 3
Lawrenceville, New Jersey 08648
(609) 844-3033 (Telephone)/(609) 896-1469 (Facsimile)
kconfoy@foxrothschild.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Jay R. Deshmukh
William R. Zimmerman
Andrea L. Cheek
1717 Pennsylvania Avenue, Suite 900
Washington, DC 20006
(202) 640-6400 (Telephone)/(202) 640-6401 (Facsimile)
jay.deshmukh@knobbe.com
bill.zimmerman@knobbe.com
andrea.cheek@knobbe.com

KNOBBE, MARTENS, OLSON & BEAR, LLP
Thomas P. Krzeminski
William O. Adams
Karen M. Cassidy
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 (Telephone)/(949) 760-9502 (Facsimile)
thomas.krzeminski @knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com
*Attorneys for Defendants Wockhardt USA LLC and Wockhardt Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, Plaintiffs, v. WOCKHARDT USA LLC and WOCKHARDT LIMITED, Defendants. | C.A. No. 2 :12-cv-03967-SDW-MCA Motion Day : May 21, 2013 |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG<br><br>           Plaintiffs,<br><br>   v.<br><br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>           Defendants. | C.A. No. 2:12-cv-04394-SDW-MCA<br><br>Motion Day : May 21, 2013 |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>           Defendants. | C.A. No. 2:13-cv-1028-SDW-MCA<br><br>Motion Day : May 21, 2013 |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC.;<br>FRESENIUS KABI USA, LLC; and<br>HIKMA FARMACEUTICA S.A.,<br><br>            Defendants. | C.A. No. 2:13-cv-2379-SDW-MCA<br><br>Motion Day : May 21, 2013 |

### DECLARATION OF KAREN A. CONFOY IN SUPPORT OF DEFENDANTS WOCKHARDT USA, LLC AND WOCKHARDT LTD.'S OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE

I, KAREN A. CONFOY, hereby declare as follows:

1.     I am counsel for Defendants Wockhardt USA LLC and Wockhardt Limited (collectively "Wockhardt") in the above-captioned civil action nos. 2:12-03967 (SDW/MCA) and 2:13-01028 (SDW/MCA). I submit this declaration in support of Wockhardt's Opposition to Plaintiffs' Motion to Consolidate.

2.     I am an attorney at law admitted to practice before the United States District Court for the District of New Jersey. I am a partner at Fox Rothschild, LLP. Unless otherwise stated, the facts set forth in this declaration are true and of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of Novartis's Disclosure of Asserted Claims, in C.A. No. 2:12-cv-03967-SDW-MCA, served on October 12, 2012.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of emails between Thomas F. Lavery, IV, counsel of record for Sun; William O. Adams, counsel of record for Wockhardt;

and Sadaf A. Abdullah, counsel of record for Novartis, sent on April 8, 2013, agreeing to a claim construction for the final disputed claim term in the '241 patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2013

/s/ Karen A. Confoy
Karen A. Confoy
kconfoy@foxrothschild.com

Counsel for Wockhardt USA LLC and
Wockhardt Limited

# EXHIBIT 1

William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2094
woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

OF COUNSEL:

Robert J. Gunther, Jr.
Jane M. Love
Sadaf R. Abdullah
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800

Lisa J. Pirozzolo
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG<br><br>Plaintiffs,<br><br>v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED<br><br>Defendants. | Civil Action No. 2:12-cv-03967-SDW-MCA |

**PLAINTIFFS' DISCLOSURE OF ASSERTED CLAIMS PURSUANT TO
<u>NEW JERSEY LOCAL PATENT RULE 3.6(b)</u>**

Pursuant to Local Patent Rule 3.6(b), Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG (collectively, "Plaintiffs"), provide the following Disclosure of Asserted Claims relating to United States Patent No. 7,932,241 (the "'241 patent").

This disclosure is based on the information presently available to Plaintiffs. Plaintiffs reserve the right to supplement or amend this disclosure in accordance with the Federal Rules of Civil Procedure and the Local Rules as they obtain additional information. Plaintiffs assert that, at this time, and based upon the information contained in Defendants' ANDA Nos. 203070 and 203989, Defendants have infringed, continue to infringe, and/or will infringe claims 1, 2, 3, 4, 8, 9, 11, 21, 22, 23, 24, and 25 of the '241 patent.

Plaintiffs reserve the right to revise and or supplement this disclosure as discovery progresses and Plaintiffs' investigation continues, and as more information becomes available.

Dated: October 12, 2012

/s/ Sadaf R. Abdullah
William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2094
woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

Case 2:12-cv-03967-SDW-MCA    Document 68-1    Filed 04/30/13    Page 8 of 13 PageID: 1272

OF COUNSEL:

Robert J. Gunther, Jr.
Jane M. Love
Sadaf R. Abdullah
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
robert.gunther@wilmerhale.com
jane.love@wilmerhale.com
sadaf.abdullah@wilmerhale.com

Lisa J. Pirozzolo
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
lisa.pirozzolo@wilmerhale.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served via electronic mail and U.S. Mail with a copy of the foregoing Plaintiffs' Disclosure of Asserted Claims Pursuant to New Jersey Local Patent Rule 3.6(b) on October 12, 2012.

/s/ *Sadaf R. Abdullah*
Sadaf R. Abdullah

# EXHIBIT 2

**From:** Lavery, Thomas [mailto:TLavery@kenyon.com]
**Sent:** Monday, April 08, 2013 8:12 AM
**To:** Abdullah, Sadaf; Love, Jane; Gunther, Jr., Robert J.; WOshaughnessy@McCarter.com; Pirozzolo, Lisa; Gu, Henry
**Cc:** Confoy, Karen A.; Jay.Deshmukh; 2Woa; Karen.Cassidy; Thomas.Krzeminski; Bill.Zimmerman; Sun-Zoledronic-Acid
**Subject:** Novartis v. Wockhardt (12-3967) - Claim Construction

Dear Counsel,

After a meet-and-confer today between Sun and Novartis on the construction of "plastic material," Sun agrees to Novartis's proposed construction of "plastic material" in U.S. Patent No. 7,932,241 as "any of various organic compounds produced by polymerization and capable of being molded, extruded, cast into shapes and films."

Based on this agreement, Sun understands that Item Nos. 5-11 of the December 21, 2012 Scheduling Order (Dkt. No. 43) are moot.

Best regards,
Tom

**Thomas F. Lavery, IV**
**Kenyon & Kenyon LLP**
One Broadway | New York, NY 10004-1007
212.908.6379 Phone | 212.425.5288 Fax
tlavery@kenyon.com | www.kenyon.com

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s). Any review, use or distribution by others is prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** William.Adams [mailto:William.Adams@knobbe.com]
**Sent:** Friday, April 05, 2013 12:53 PM
**To:** Abdullah, Sadaf; Love, Jane; Gunther, Jr., Robert J.; WOshaughnessy@McCarter.com; Pirozzolo, Lisa; Gu, Henry
**Cc:** Confoy, Karen A.; Jay.Deshmukh; 2Woa; Karen.Cassidy; Thomas.Krzeminski; Lavery, Thomas; Bill.Zimmerman
**Subject:** RE: Novartis v. Wockhardt (12-3967) - Identification Evidence in Support of Preliminary Claim Constructions

Counsel,

After a meet and confer today between Wockhardt and Novartis regarding the construction of the "plastic material" term, Wockhardt agrees to Novartis's proposed construction of "plastic material" in the '241 patent as "any of various organic compounds produced by polymerization and capable of being molded, extruded, cast into shapes and films."

Regards,
William

**William Adams**
Associate
William.Adams@knobbe.com
949-721-5261 Direct

**Knobbe | Martens**
INTELLECTUAL PROPERTY LAW
five decades. one focus.
2040 Main Street, 14th Floor
Irvine, CA 92614
www.knobbe.com/william-adams

---

**From:** Abdullah, Sadaf [mailto:Sadaf.Abdullah@wilmerhale.com]
**Sent:** Monday, April 01, 2013 6:02 PM
**To:** William.Adams; Love, Jane; Gunther, Jr., Robert J.; WOshaughnessy@McCarter.com; Pirozzolo, Lisa; Gu, Henry
**Cc:** Confoy, Karen A.; Jay.Deshmukh; 2Woa; Karen.Cassidy; Thomas.Krzeminski; tlavery@kenyon.com
**Subject:** RE: Novartis v. Wockhardt (12-3967) - Identification Evidence in Support of Preliminary Claim Constructions

Counsel,
Attached please find Novartis's Proposed Claim Constructions and Supporting Evidence For Claim Terms of the '241 Patent. Novartis is also prepared to meet and confer with Wockhardt and exchange evidence relating to its proposed claim construction related to the '987 patent claims. If Wockhardt wishes to proceed, please propose a time for the meet and confer.
Novartis's L. Pat. R. 4.2(b) production will follow.
Regards,
Sadaf

---

**From:** William.Adams [mailto:William.Adams@knobbe.com]
**Sent:** Monday, April 01, 2013 8:59 PM
**To:** Abdullah, Sadaf; Love, Jane; Gunther, Jr., Robert J.; WOshaughnessy@McCarter.com; Pirozzolo, Lisa; Gu, Henry
**Cc:** Confoy, Karen A.; jay.deshmukh@knobbe.com; 2Woa@knobbe.com; karen.cassidy@knobbe.com; Thomas.Krzeminski@knobbe.com; tlavery@kenyon.com
**Subject:** Novartis v. Wockhardt (12-3967) - Identification Evidence in Support of Preliminary Claim Constructions

Counsel,

Attached please find Wockhardt's Identification of Evidence in Support of its Preliminary Proposed Claim Constructions.

Regards,
William

**William Adams**
Associate
William.Adams@knobbe.com
949-721-5261 Direct

**Knobbe | Martens**
INTELLECTUAL PROPERTY LAW
five decades. one focus.
2040 Main Street, 14th Floor
Irvine, CA 92614

www.knobbe.com/william-adams

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.