## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, AND NOVARTIS AG | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 12-03967 (SDW) (MCA) |
| v. | ) ) | |
| WOCKHARDT USA LLC; and WOCKHARDT LTD. | ) ) | Motion Day: May 6, 2013 |
| Defendants. | ) ) ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, AND NOVARTIS AG | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 12-04393 (SDW) (MCA) |
| v. | ) ) | Motion Day: May 6, 2013 |
| SUN PHARMA GLOBAL FZE AND SUN PHARMACEUTICAL INDUSTRIES LIMITED | ) ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 13-1028 (SDW) (MCA)

Motion Day:  May 6, 2013

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Plaintiff,

        v.

ACCORD HEALTHCARE INC.;
FRESENIUS KABI USA, LLC; and
HIKMA FARMACEUTICA S.A.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 13-2379 (SDW) (MCA)

Motion Day:  May 6, 2013

## DECLARATION OF ROBERT W. TRENCHARD IN SUPPORT OF NOVARTIS'S REPLY BRIEF IN FURTHER SUPPORT OF ITS <u>MOTION TO CONSOLIDATE</u>

I, Robert W. Trenchard, declare as follows:

1.      I am a partner at Wilmer, Cutler, Pickering, Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich St., New York, NY 10007, and counsel for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") in the above-captioned matter.

2.      I submit this declaration in support of Novartis's  Reply Brief in Further Support of Its Motion to Consolidate.

3.      Attached hereto are true and accurate copies of the following exhibits:

(1)    (SEALED) Transcript, Expedited Discovery Hearing (February 27, 2013)

(2)    Request for Production, Wockhardt USA LLC and Wockhardt Limited's First Set of Requests for Production of Documents and Things (Nos. 1-117) (December 12, 2012)

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  May 6, 2013

Robert W. Trenchard