EXHIBIT 1
Cover Page