UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>               Plaintiffs,<br>v.<br>WOCKHARDT USA LLC and WOCKHARDT LIMITED,<br>               Defendants. | Consolidated Civil Action No. 2:12-cv-03967-SDW-MCA<br><br>[Consolidated with Civil Action Nos. 2:12-cv-04393 and 2:13-cv-01028 and 2:13-cv-02379] |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>               Plaintiffs,<br>v.<br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br>               Defendants. | |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Plaintiff,<br>v.<br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, IN.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br>               Defendants. | |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Plaintiff,<br>v.<br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br>               Defendants. | |

**ORDER GRANTING PLAINTIFFS LEAVE TO
AMEND THEIR INFRINGEMENT CONTENTIONS**

Upon Plaintiffs Novartis Pharmaceuticals Corp.'s, Novartis Corporation's and Novartis AG's (collectively, "Novartis") application, pursuant to L. Pat. R. 3.7 to amend its Disclosure of Asserted Claims served on the Wockhardt Defendants on October 12, 2012 to add claims 2, 6, 7, 8 and 9 from U.S. Patent No. 8,052,987 (D.I. 51), and the Court having read and considered the papers filed in support of and in opposition to such application, and having heard argument of counsel on May 21, 2013, and for the reasons given in the Court's oral opinion of that date, the transcript of which is hereby incorporated by reference, and good cause appearing,

**IT IS** on this 31st day of May, 2013

**ORDERED** that Novartis's application to amend its Disclosure of Asserted Claims to add claims 2, 6, 7, 8 and 9 from U.S. Patent No. 8,052,987 (D.I. 51) be and the same hereby is granted.

_____
Hon. Madeline C. Arleo, U.S.M.J.