Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-2465 (facsimile)

Attorneys for Defendant
Accord Healthcare Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> WOCKHARDT USA LLC; and WOCKHARDT LTD. <br><br> Defendants. | Civil Action No. 13-3967 (SDW)(MCA) <br> (CONSOLIDATED) <br><br><br><br> **NOTICE OF APPEARANCE** <br> **OF KATHERINE A. ESCANLAR** |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED <br><br> Defendants. | Civil Action No. 12-4393 (SDW)(MCA) <br> (Consolidated with Civil Action No. 12-3967) |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-1028 (SDW)(MCA) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-2379 (SDW)(MCA)<br><br>*DOCUMENT ELECTRONICALLY FILED* |

**PLEASE TAKE NOTICE** that Defendant Accord Healthcare Inc. ("Accord") is represented by the firm of Saiber LLC in the above matter. Katherine A. Escanlar, Esq. hereby

2

enters her appearance as counsel of record in addition to Jeffrey Soos, Esq., who has already been designated by the Court as "lead attorney to be noticed" on behalf of Accord. Accordingly, Accord respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Katherine A. Escanlar (kae@saiber.com).

        Respectfully submitted,

        **SAIBER LLC**
        Attorneys for Defendant
        Accord Healthcare Inc.

        By:   s/ Katherine A. Escanlar
        Katherine A. Escanlar (kae@saiber.com)
        One Gateway Center
        10th Floor, Suite 1000
        Newark, New Jersey 07102-5311
        (973) 622-3333

Dated: June 3, 2013