UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOVARTIS PHARMACEUTICALS CORPORATION,
       Plaintiff,
   v.
ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,
       Defendants.

Civil Action No. 13-2379 (SDW)(MCA)
(Consolidated with 12-3967)

**DISCLOSURE STATEMENT**

The undersigned counsel for Defendant, Hikma Farmaceutica S.A., certifies that this party is a non-governmental corporate party and that:

[x] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
Hikma Pharmaceuticals PLC

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Philip L. Hirschhorn
Print Name

6-6-13
Date

Buchanan Ingersoll & Rooney PC
Name of Firm

1290 Avenue of the Americas, 30th Fl
Address

New York, NY 10104
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)