Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-2465 (facsimile)

Michael R. Dzwonczyk (mdzwonczyk@sughrue.com)
Azy S. Kokabi (akokabi@sughrue.com)
**SUGHRUE MION, PLLC**
2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
(202) 293-7060 (telephone)
(202) 293-7860 (facsimile)

Attorneys for Defendant/
Counterclaim-Plaintiff
Accord Healthcare, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, <br><br> Plaintiffs, <br><br> v. <br><br> WOCKHARDT USA LLC; and WOCKHARDT LTD., <br><br> Defendants. | Civil Action No. 12-3967 (SDW)(MCA) <br> (CONSOLIDATED) |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG <br><br> Plaintiffs, <br><br> v. <br><br> SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED <br><br> Defendants. | Civil Action No. 12-4393 (SDW)(MCA) <br><br> (Consolidated with Civil Action No. 12-3967) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD. <br><br> Defendants. | Civil Action No. 13-1028 (SDW)(MCA) <br><br> (Consolidated with Civil Action No. 12-3967) |

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | Civil Action No. 13-2379 (SDW)(MCA) |
| Plaintiff, | ) ) ) | (Consolidated with Civil Action No. 12-3967) |
| v. | ) ) | |
| ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A., | ) ) ) | *Document Electronically Filed* |
| Defendants. | ) ) ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Accord Healthcare, Inc. hereby certifies, based on information and belief available to them as of the date below, that:

1. Accord Healthcare, Inc. is a wholly-owned subsidiary of Intas Pharmaceuticals Limited.

2. No publicly held company or investment fund owns ten percent (10%) or more of Intas Pharmaceuticals Limited.

Dated:  June 6, 2013

Respectfully submitted,

**SAIBER LLC**

Attorneys for Defendants/Counterclaim Plaintiff Accord Healthcare, Inc.

By:   s/ Jeffrey Soos
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-2465 (facsimile)

Of Counsel:

Michael R. Dzwonczyk
(mdzwonczyk@sughrue.com)
Azy S. Kokabi (akokabi@sughrue.com)
**SUGHRUE MION, PLLC**
2100 Pennsylvania Avenue, NW
Washington, DC 20037-3213
(202) 293-7060 (telephone)
(202) 293-7860 (facsimile)