# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, <br><br>　　　　　　　　Plaintiffs, <br>　　v. <br>WOCKHARDT USA LLC and WOCKHARDT LIMITED, <br>　　　　　　　　Defendants. | Consolidated Civil Action No. 2:12-cv-03967-SDW-MCA <br><br>[Consolidated with Civil Action Nos. 2:12-cv-04393 and 2:13-cv-01028 and 2:13-cv-02379] |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, <br><br>　　　　　　　　Plaintiffs, <br>　　v. <br>SUN PHARMA GLOBAL FZE and <br>SUN PHARMACEUTICAL INDUSTRIES LIMITED, <br>　　　　　　　　Defendants. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>　　　　　　　　Plaintiff, <br>　　v. <br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, IN.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD., <br>　　　　　　　　Defendants. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>　　　　　　　　Plaintiff, <br>　　v. <br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A., <br>　　　　　　　　Defendants. | |

**REQUEST BY WILLIAM J. O'SHAUGHNESSY FOR
PRO HAC VICE ATTORNEY TO RECEIVE
ELECTRONIC NOTIFICATION**

ME1 15805975v.1

Request is hereby made by William J. O'Shaughnessy for *pro hac vice* counsel Sean K. Thompson to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for Sean K. Thompson.

DATED: June 14, 2013                    s/ William J. O'Shaughnessy
                                        William J. O'Shaughnessy
                                        MCCARTER & ENGLISH LLP
                                        Four Gateway Center
                                        100 Mulberry Street
                                        Newark, NJ 07102
                                        (973) 639-2094
                                        woshaughnessy@mccarter.com
                                        *Attorneys for Novartis Pharmaceuticals Corporation*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
Martin E. Gilmore
Sadaf R. Abdullah
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center,
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Lisa J. Pirozzolo
Sean K. Thompson
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Rachel L. Weiner
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW

2

ME1 15805975v.1

Washington, DC 20006
(202) 663-6000

*Attorneys for Novartis Pharmaceuticals Corporation*

<u>PRO HAC VICE ATTORNEY INFORMATION</u>

Sean K. Thompson (sean.thompson@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109