UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>Plaintiffs,<br>v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED<br>and<br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | Civil Action No.<br>2:12-cv-03967-SDW-MCA<br><br>[Consolidated with Civil Action Nos. 2:12-cv-04393 and 2:13-cv-01028 and 2:13-cv-02379] |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br>and<br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>Defendants. | |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG (collectively, "Novartis") have requested an extension of time to file their opposition to the Motion to Appeal from Order of Magistrate Judge (D.I. 93) filed by Defendants Wockhardt USA LLC and Wockhardt Limited (together, "Wockhardt"), and

WHEREAS, Wockhardt has consented to Novartis's request,

Novartis and Wockhardt, by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to extend the time for Novartis to respond to Wockhardt's Motion to Appeal from Order of Magistrate Judge (D.I. 93) to **June 24, 2013**. The motion day for this motion is hereby set as **July 15, 2013**, and, accordingly, the time for Wockhardt to file its reply in further support of its Motion to Appeal from Order of Magistrate Judge is **July 8, 2013**.

**SO ORDERED** this 17th day of June, 2013

_____
Hon. Susan D. Wigenton, U.S.D.J.

SO STIPULATED:

June 14, 2013

| | |
|---|---|
| __/s/ William J. O'Shaughnessy__<br>William J. O'Shaughnessy<br>MCCARTER & ENGLISH LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>(973) 639-2094<br>woshaughnessy@mccarter.com | __/s/Karen A. Confoy__<br>Karen A. Confoy<br>FOX ROTHSCHILD LLP<br>997 Lenox Drive, Bldg 3<br>Lawrenceville, NJ 08648<br>(609) 844-3033<br>kconfoy@foxrothschild.com |
| OF COUNSEL:<br><br>Jane M. Love, Ph.D.<br>Robert Trenchard<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>Lisa J. Pirozzolo<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Rachel L. Weiner<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>(202) 663-6000<br><br>*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG* | OF COUNSEL:<br><br>Jay R. Deshmukh<br>William R. Zimmerman<br>KNOBBE, MARTENS, OLSON &<br>  BEAR, LLP<br>1717 Pennsylvania Avenue, Suite 900<br>Washington, D.C. 20006<br>(202) 640-6400<br><br>Thomas P. Krzeminski<br>William O. Adams<br>Karen M. Cassidy<br>KNOBBE, MARTENS, OLSON &<br>  BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br><br>*Attorneys for Wockhardt USA, LLC and Wockhardt Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served via ECF with a copy of the foregoing Joint Stipulation and [Proposed] Order on June 14, 2013.

/s/ William J. O'Shaughnessy

William J. O'Shaughnessy