IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION and NOVARTIS AG,<br><br>Plaintiffs,<br><br>v.<br><br>WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>Defendants. | Civil Action No. 12-3967 (SDW)(MCA) (CONSOLIDATED)<br><br>**ORDER FOR THE CONSENTED-TO <u>PRO HAC VICE</u> ADMISSION OF WENDY M. WARD** |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | Civil Action No. 12-4393 (SDWHMCA) (Consolidated with Civil Action No. 12-3967) |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>Defendants. | Civil Action No. 13-1028 (SDW)(MCA) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>Defendants. | Civil Action No. 13-2379 (SDW)(MCA) |

Upon the application of Philip L. Hirschhorn, attorney for Hikma Farmaceutica, S.A., with the consent of counsel for Plaintiff Novartis Pharmaceuticals Corporation,

**IT IS HEREBY ORDERED** that

>Wendy M. Ward, Esq.
>Merchant & Gould PC
>10 East Doty Street, Suite 600
>Madison, WI 53703
>Phone: (608) 280-6750
>Fax:    (612) 332-9081

2

is admitted to practice *pro hac vice* as counsel for Hikma Farmaceutica S.A. in the above-captioned case in the United States District Court for the District of New Jersey. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

**IT IS ORDERED** that Wendy M. Ward, Esq., shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey and subject to this Court's disciplinary jurisdiction.

**IT IS ORDERED** that all papers in this action shall be served upon Philip L. Hirschhorn of Buchanan Ingersoll & Rooney PC, who shall promptly notify Ms. Ward of receipt thereof as counsel for Hikma Farmaceutica S.A.

**IT IS FURTHER ORDERED** that Ms. Ward shall make any necessary payment to the New Jersey Lawyers' Fund for Client Protection pursuant to Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), as well as a payment in the amount of $150 to the Clerk of the United States District Court, pursuant to Local Civil Rule 101.1(c)(3).

Dated: Aug 18, 2013
Newark, New Jersey

_____
Hon. Madeline Cox Arleo, U.S.M.J.