**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG, | ) ) ) ) | Civil Action No. 12-3967 (SDW)(MCA) (CONSOLIDATED) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| WOCKHARDT USA LLC; and WOCKHARDT LTD., | ) ) ) | |
| Defendants. | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG | ) ) ) ) | Civil Action No. 12-4393 (SDW)(MCA) |
| Plaintiffs, | ) ) | (Consolidated with Civil Action No. 12-3967) |
| v. | ) ) | |
| SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED | ) ) ) ) | |
| Defendants. | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-1028 (SDW)(MCA) (Consolidated with Civil Action No. 12-3967) |

| | |
|---|---|
| AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br>v.<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 13-2379 (SDW)(MCA)<br>(Consolidated with Civil Action No. 12-3967)<br><br><br><br><br><br>*DOCUMENT ELECTRONICALLY FILED* |

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see, Docket #106 – 6/12/2013]; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court [6/18/2013 - receipt no.NEW017261].

> **SAIBER LLC**
> Attorneys for Defendant
> Accord Healthcare, Inc.
>
> By: s/ Jeffrey Soos
> Jeffrey Soos (js@saiber.com)
> Katherine A. Escanlar (kae@saiber.com)

2

**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-2465 (facsimile)

**PRO HAC VICE ATTORNEY INFORMATION:**

| | |
|---|---|
| Name: | Azy S. Kokabi |
| Address: | Sughrue Mion, PLLC |
| | 2100 Pennsylvania Avenue, N.W. |
| | Washington, 20037-3213 |
| E-Mail: | akokabi@sughrue.com |