| | |
|---|---|
| **LITE DEPALMA GREENBERG, LLC**<br>Michael E. Patunas<br>Mayra V. Tarantino<br>Two Gateway Center, Suite 1201<br>Newark, NJ 07102<br>(973) 623-3000<br>mpatunas@litedepalma.com<br>mtarantino@litedepalma.com | **GOODWIN PROCTER LLP**<br>John T. Bennett<br>Anthony H. Cataldo<br>Exchange Place<br>55 State Street<br>Boston, MA 02109<br>(617) 570-1000<br>jbennett@goodwinprocter.com<br>acataldo@goodwinprocter.com |

*Attorneys for Defendant*
*Fresenius Kabi USA, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED<br><br>     and<br><br>SUN PHARMA GLOBAL FZE and<br>SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>                    Defendants. | Civil Action No.<br>2:12-cv-03967-SDW-MCA<br><br>[Consolidated with Civil Action Nos. 2:12-cv-04393 and 2:13-cv-01028 and 2:13-cv-02379]<br><br><br><br><br>**STATEMENT OF DEFENDANT FRESENIUS KABI USA, LLC PURSUANT TO FED. R. CIV. P. 7.1** |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br>                    Plaintiff,<br><br>     v.<br><br>ACTAVIS LLC, et al.<br><br>     and<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>                    Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fresenius Kabi USA, LLC

states that it is an indirectly wholly-owned subsidiary of Fresenius Kabi AG.  The parent

379627.1                                                 1

company of Fresenius Kabi AG is Fresenius SE & Co. KGaA, which has no parent company. Fresenius SE & Co. KGaA is a publicly traded company in Germany and indirectly owns 100% of Fresenius Kabi USA, LLC.

Dated:  June 19, 2013                                   Respectfully submitted,

**LITE DEPALMA GREENBERG, LLC**

By:    *s/Michael E. Patunas*
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, Suite 1201
Newark, NJ 07102
(973) 623-3000
mpatunas@litedepalma.com
mtarantino@litedepalma.com

John T. Bennett
Anthony H. Cataldo
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109
617-570-1000
jbennett@goodwinprocter.com
acataldo@goodwinprocter.com

*Attorneys for Defendant*
*Fresenius Kabi USA, LLC*

## **CERTIFICATE OF SERVICE**

      I, Michael E. Patunas, hereby certify that on this day, I caused a copy of the Statement of Defendant Fresenius Kabi USA, LLC Pursuant to Fed. R. Civ. P. 7.1 to be served on all Counsel of Record through the Court's ECF system.


Dated: June 19, 2013                                            *s/Michael E. Patunas*
                                                                                       Michael E. Patunas