Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
(T) 212-440-4470
(F) 212-440-4401
philip.hirschhorn@bipc.com

*Attorneys for Pharmaceutics International, Inc. and Hikma Farmaceutica S.A.*

*Of Counsel*

Jeffrey S. Ward
Shane A. Brunner
Edward J. Pardon
Wendy M. Ward
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
(T) 608-280-6750
(F) 612-332-9081
jward@merchantgould.com
sbrunner@merchantgould.com
epardon@merchantgould.com
wward@merchantgould.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION and NOVARTIS AG,<br><br>Plaintiffs,<br><br>v.<br><br>WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>and<br><br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>Defendants. | Civil Action No. 12-3967 (SDW)(MCA)<br>(Consolidated with Civil Action Nos. 12-4393, 13-1028 and 13-2379)<br><br>**SUPPLEMENTAL DECLARATION OF RAHAT HUSAIN IN SUPPORT OF MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) BY PHARMACEUTICS INTERNATIONAL INC., EMCURE PHARMACEUTICALS, LTD., AND EMCURE PHARMACEUTICALS USA, INC.** |

NOVARTIS PHARMACEUTICALS
CORPORATION,

             Plaintiff,

v.

ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,

             and

ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,

             Defendants.

I, Rahat Husain, hereby declare as follows:

1. I am in-house legal counsel for Pharmaceutics International Inc. ("Pii"). I have personal knowledge of the following facts.

2. On April 24, 2013, I submitted a declaration in support of Pii's motion to dismiss Count II of the Corrected Amended Complaint. (Dkt. No. 208-4 in Case No. 2:13-cv-01028-SDW-MCA).

3. I attached to my April 24, 2013 declaration three product labels relating to Pii's generic Reclast. Namely, Exhibit A, which was Pii's proposed product label as of February 28, 2013; Exhibit B, which is the model label that Pii received from the FDA in March 2013; and Exhibit C, which was Pii's revised proposed label as of April 2013.

4. On June 18, 2013, Pii learned from the FDA that the revised proposed label (Exhibit C) did not fully conform to the FDA's model label (Exhibit B). Specifically, unlike the FDA's model label, Pii's revised proposed label inadvertently included Section 1.6. Section 1.6 refers to "osteoporosis" and Pii is not seeking FDA approval for the treatment of osteoporosis. At the time of my original declaration, I was unaware of this error in Pii's revised proposed label.

5. On June 25, 2013, Pii responded to the FDA by submitting a corrected label. The corrected label excludes Section 1.6 and makes no mention of "osteoporosis." A true and correct copy of the Pii's current proposed label is attached hereto as Exhibit D. Pii believes that this label will be used by Pii for marketing its generic Reclast product.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 10, 2013

*Rahat Husain* (signature)
Rahat Husain

1