# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED.,<br><br>　　　　Defendants. | C.A. No. 12-cv-03967-SDW-MCA (Consolidated Actions) |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE, et al.,<br><br>　　　　Defendants. | C.A. No. 12-4393 |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACTAVIS LLC, et al.,<br><br>　　　　Defendants. | C.A. No. 13-1028 |

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACCORD HEALTHCARE INC., et al.,<br><br>　　　　Defendants. | Civil Action No. 13-2379 |

**DECLARATION IN SUPPORT OF
DISCOVERY CONFIDENTIALITY ORDER**

　　　　We, the undersigned counsel, under penalty of perjury, declare as follows:

　　　　1.　　We are counsel for Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG ("Plaintiffs") and Defendants Actavis LLC, Apotex, Inc., Apotex Corp., Gland Pharma Ltd., Dr. Reddy's Laboratories, Inc., Dr. Reddy's Laboratories Ltd., Emcure Pharmaceuticals USA, Inc., Emcure Pharmaceuticals, Ltd., Hikma Farmaceutica S.A., Hospira, Inc., Pharmaceutics International Inc., Sagent Pharmaceuticals, Inc., ACS Dobfar Info S.A., Strides, Inc., Agila Specialties Private Ltd., Sun Pharma Global FZE, Caraco Pharmaceutical Laboratories, Ltd., Sun Pharmaceutical Industries Ltd., Wockhardt USA LLC, Wockhardt Ltd., Accord Healthcare Inc., and Fresenius Kabi USA, LLC (collectively, "Defendants") (Plaintiffs and Defendants collectively, "Parties"). We submit this Declaration in support of the joint application for a Discovery Confidentiality Order ("Confidentiality Order" or "Order") made by all parties to this action.

　　　　2.　　This case arises out of the Plaintiffs' assertion of patent infringement and various defenses and counterclaims to those causes of action. Given the nature of the claims and the

defenses asserted by the parties, discovery will likely include several areas of a sensitive nature, such as the parties' research and development efforts, drug formulations and commercial information. It is our understanding that documents concerning these subjects contain trade secrets or other confidential commercial information, and it is anticipated that other information and materials produced or created during the course of discovery, such as deposition transcripts, may also contain confidential information.

3. The parties in the case assert that the disclosure of this information without the entry of the Confidentiality Order would, among other things, result in harm to the parties and non-parties resulting from disclosure of trade secrets or other confidential research, development, or commercial information within the meaning of Fed. R. Civ. P. 26(c). Because disclosure of such material poses a substantial risk of causing harm to the parties, the parties developed and reached agreement upon a protocol for controlling disclosure of such information produced in discovery. The agreed-upon protocol is embodied in the proposed Confidentiality Order submitted herewith.

4. The parties respectfully submit that good cause exists for entry of the proposed Order. *See* Fed. R. Civ. P. 26(C); *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994). The nature of the case requires the parties to seek and produce documents and information and elicit deposition testimony, the disclosure of which poses a substantial risk of harm to the producing party's legitimate proprietary and financial interests. The proposed Confidentiality Order provides reasonable restrictions on the disclosure of such sensitive materials. In order to streamline the discovery process and minimize the need for Court intervention, the proposed Confidentiality Order adopts an approach that allows the producing party to designate certain materials being produced or deposition testimony as "Confidential

Information." *See* Confidentiality Order, ¶¶ 2-4.  Disclosure of materials designated as "Confidential Information" is limited to specific classes of persons as defined in the Order.  *Id.,* ¶ 6.  In addition, the proposed Order provides that the parties will follow the procedures of Local Rule 5.3 to file confidential documents with the Court under seal, if such documents need to be filed as part of motion practice or other proceeding.  *Id.,* ¶ 12.

   5. However, the proposed Confidentiality Order also provides that the party requesting production of the information may challenge the producing party's confidentiality designation before the Court, thereby minimizing the likelihood that non-sensitive documents will be unnecessarily designated as Confidential Information.  *Id.,* ¶ 13.  Orders of this type have been approved by the United States Court of Appeals for the Third Circuit.  *See Pansy*, 23 F.3d at 787 n.17; *Cipollone v. Liggett Group Inc.,* 785 F.2d 1108, 1122 (3d Cir. 1986), *cert. denied,* 484 U.S. 976 (1987).  This action does not involve any public entity or official, and instead involves private litigants.  Moreover, the information would not otherwise be available under a freedom of information law.  These factors further weigh in favor of entering the proposed Confidentiality Order.  *Pansy,* 23 F.3d at 786, 791.

   6. Nothing herein is a waiver by any of the parties of any objection to any discovery request by any other party, nor an admission of the existence or relevance of such documents.

 I hereby declare under penalty of perjury that the foregoing statements are true.


Date:  July 12, 2013         Counsel for the undersigned parties

/s/ Gregory D. Miller
Gregory D. Miller
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI,
HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102

Brian Sodikoff
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
*Attorneys for Defendants Strides, Inc.
and Agila Specialties Private Ltd.*

/s/ Anthony J. Laura
Anthony J. Laura
PATTON BOGGS LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
973-848-5600

Of Counsel:
Barry S. White
John G. Taylor
Andrew Wasson
Julie Kurzrok
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, New York 10151
212-588-0800
*Attorneys for Defendants Emcure
Pharmaceuticals USA, Inc. and
Emcure Pharmaceuticals, Ltd.*

/s/ Jeffrey A. Cohen
Jeffrey A. Cohen
FLASTER GREENBERG, PC
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
856-661-1900

Philip D. Segrest, Jr.
Steve E. Feldman
Daniel R. Cherry
Sherry L. Rollo
HUSCH BLACKWELL
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
(312)655-1500
*Attorneys for Defendants Apotex Inc.,
Apotex Corp. and Gland Pharma Ltd.*

/s/ Alan Pollack
Alan H. Pollack
Bruce D. Radin
Stuart D. Sender
BUDD LARNER, P.C.
150 John F. Kennedy Pkwy
Short Hills NJ 07078
973-315-4439
*Attorneys for Defendants Dr. Reddy's
Laboratories, Inc. and Dr. Reddy's
Laboratories, Ltd.*

*/s/ James Richter*
James Richter
Melissa Bogad
WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
7th Floor
Newark NJ 07102
973-848-7676

James Hurst
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601

Gail Standish
WINSTON & STRAWN
333 South Grand Avenue
Los Angeles CA 90071
Jovial Wong
WINSTON & STRAWN
1700 K Street, NW
Washington, DC 20006
*Attorneys for Defendant Hospira, Inc.*

*/s/ Philip L. Hirschhorn*
Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas
30th Floor
New York NY 10104-3001
212-440-4400

Jeffrey S. Ward
Shane A. Brunner
Wendy M. Ward
Edward J. Pardon
MERCHANT & GOULD PC
10 East Doty St., Suite 600
Madison, WI 53703
*Attorneys for Defendant Pharmaceutics International Inc. and Hikma Farmaceutica*

*/s/ Jeffrey Soos*
Jeffrey Soos
Katherine A. Escanlar
SAIBER LLC
One Gateway Center,
10th Floor, Suite 1000
Newark, NJ 07102-5311

Michael R. Dzwonczyk
Amy S. Kokabi
SUGHRUE MION PLLC
2100 Pennsylvania Avenue
Washington, D.C. 20037-3215
*Attorneys for Accord Healthcare, Inc.*

*/s/ Michael E. Patunas*
Michael E. Patunas, Esq.
Mayra V. Tarantino, Esq.
Lite DePalma Greenberg, LLC
Two Gateway Center, Suite 1201
Newark, NJ 07102-5003

John T. Bennett
Anthony H. Cataldo
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
*Attorneys for Fresenius Kabi, USA, LLC*

A-6

*/s/ Karen A. Confoy*
Karen A. Confoy
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
kconfoy@foxrothschild.com

Jay R. Deshmukh
Andrea L. Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
717 Pennsylvania Avenue, Suite 900
Washington, D.C. 20006
202-640-6400
202-640-6401 (F)
jay.deshmukh@knobbe.com
andrea.cheek@knobbe.com

Thomas P. Krzeminiski
William O. Adams
Karen M. Cassidy
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
949-760-0404
949-760-9502 (F)
thomas.krzeminski@knobbe.com
william.adams@knobbe.com
karen.cassidy@knobbe.com

*Attorneys for Defendants*
*Wockhardt USA LLC and*
*Wockhardt Limited*

*/s/ Steven J. Lee*
Steven J. Lee
KENYON & KENYON
One Broadway
New York, NY 10004-1050
212-425-7200
slee@kenyon.com

Of Counsel:
Robert V. Cerwinski
Thomas F. Lavery, IV
KENYON & KENYON
One Broadway
New York, NY 10004-1050
212-425-7200
rcerwinski@kenyon.com
tlavery@kenyon.com

*Attorneys for Defendants*
*Sun Pharma Global FZE*
*Sun Pharmaceutical Industries, Ltd.*
*And Caraco Pharmaceuticals, Ltd.*

*/s/ Marilyn Neiman*
Marilyn Neiman
Martin Pavane, admitted *pro hac vice*
Julia S. Kim, admitted *pro hac vice*
Andrew P. Nemiroff
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Telephone (212) 883-4900
Facsimile: (212) 986-0604
mneiman@cozen.com
mpavane@cozen.com
jkim@cozen.com
anemiroff@cozen.com

*Attorneys for Defendants Sagent Pharmaceuticals, Inc. and ACS Dobfar Info S.A.*


*/s/ Diane C. Ragosa*
Diane C. Ragosa (dcr@avhlaw.com)
AXINN, VELTROP & HARKRIDER LLP
114 West 47th Street
New York, NY 10036
Telephone: 212-728-2200
Facsimile: 212-728-2201

Of counsel:
Jonathan A. Harris (jah@avhlaw.com)
Thomas K. Hedemann (tkh@avhlaw.com)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Telephone: 860-275-8100
Facsimile: 860-275-8101

*Attorneys for Defendant Actavis LLC*

*/s/ William O'Shaugnessy*
William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2094
woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

OF COUNSEL:
Jane M. Love, Ph.D.
Robert Trenchard
Martin E. Gilmore
Sadaf R. Abdullah
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Lisa J. Pirozzolo
Sean K. Thompson
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Rachel L. Weiner
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

A-9