Gregory D. Miller
Sarah C. Mitchell
PODVEY, MEANOR, CATENACCI, HILDNER,
COCOZIELLO & CHATTMAN,
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102
(973) 623-1000

Brian Sodikoff
Christopher B. Ferenc
Rachel L. Schweers
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661
(312) 902-5200

*Attorneys for Defendants Strides, Inc.*
*and Agila Specialties Private Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACTAVIS LLC, *et al.*,<br><br>Defendants. | Consolidated Civil Action No. 12-3967 (SDW)(MCA)<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting an application to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of Court.

Dated: July 19, 2013            *s/ Gregory D. Miller*
                                                Gregory D. Miller

PRO HAC VICE ATTORNEY INFORMATION:

Name:         Christopher B. Ferenc

Address:      KATTEN MUCHIN ROSENMAN LLP
                   2900 K Street NW
                   North Tower – Suite 200
                   Washington, DC 20007

Email:          christopher.ferenc@kattenlaw.com