| | |
|---|---|
| Philip L. Hirschhorn<br>BUCHANAN INGERSOLL &<br>ROONEY PC<br>1290 Avenue of the Americas, 30th Floor<br>New York, NY 10104<br>(T) 212-440-4470<br>(F) 212-440-4401<br>philip.hirschhorn@bipc.com<br><br>*Attorneys for Pharmaceutics International, Inc. and Hikma Farmaceutica S.A.* | *Of Counsel*<br><br>Jeffrey S. Ward<br>Shane A. Brunner<br>Edward J. Pardon<br>Wendy M. Ward<br>MERCHANT & GOULD P.C.<br>10 East Doty Street, Suite 600<br>Madison, WI 53703<br>(T) 608-280-6750<br>(F) 612-332-9081<br>jward@merchantgould.com<br>sbrunner@merchantgould.com<br>epardon@merchantgould.com<br>wward@merchantgould.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION and NOVARTIS AG,<br><br>   Plaintiffs,<br><br>v.<br><br>WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>   and<br><br>SUN PHARMA GLOBAL FZE and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>   Defendants. | Civil Action No. 12-3967 (SDW)(MCA)<br>(Consolidated with Civil Action Nos. 12-4393, 13-1028 and 13-2379)<br><br>DEFENDANTS' SUBMISSION OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS COUNT II OF THE CORRECTED AMENDED COMPLAINT |

| |
|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>               Plaintiff,<br><br>v.<br><br>ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>               and<br><br>ACCORD HEALTHCARE INC.; FRESENIUS KABI USA, LLC; and HIKMA FARMACEUTICA S.A.,<br><br>                   Defendants. |

Defendants Pharmaceutics International, Inc., Sagent Pharmaceuticals, Inc., ACS Dobfar Info S.A., Emcure Pharmaceuticals USA, Inc., Emcure Pharmaceuticals, Ltd., Sun Pharma Global FZE, Caraco Pharmaceutical Laboratories, Ltd., and Sun Pharmaceutical Industries Ltd. ("Defendants") submit supplemental authority in support of their Motion to Dismiss Count II of the Corrected Amended Complaint (Dkt. Nos. 208 and 209 in Case No. 13cv1028).

In its Response to Defendants' Motions to Dismiss, Novartis argued that Defendants' section viii statements that carve out the osteoporosis indications from their generic product labels are a "sham." (*See e.g*., Dkt. No. 79 at 1 in Case No. 12cv3967). On March 1, Novartis filed a Citizen's Petition with the FDA seeking to block approval of any generic Reclast ANDAs having Section viii statements carving out the osteoporosis indications. On March 29, 2013, the FDA implicitly denied Novartis's Citizen's Petition when it approved certain Defendants' generic Reclast ANDAs. On August 1, 2013, the FDA formally denied Novartis's Citizen's Petition. (FDA Letter Decision, Exhibit A attached hereto.) In denying Novartis's petition, the FDA explained in detail the applicable statutory scheme and confirmed that Defendants' generic Reclast ANDAs containing section viii statements carving out the osteoporosis indications are entirely appropriate and consistent with Congressional intent.

To the extent there is any ambiguity regarding the appropriateness of Defendants' section viii statements in the context of the Defendants' motions to dismiss (and Defendants contend there is not), the Court should give deference to the FDA's decision on the issue. *Cf. Chevron U.S.A., Inc. v. Natural Resources Defense Council, Inc.*, 467 U.S. 837, 844 (1984) ("We have long recognized that considerable weight should be accorded to an executive department's construction of a statutory scheme it is entrusted to administer, and the principle of deference to administrative interpretations has been consistently followed by this Court . . . .") (internal quotations and citations omitted).

Dated: September 4, 2013 /s/Philip L. Hirschhorn
Philip L. Hirschhorn
BUCHANAN INGERSOLL &
ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
(T) 212-440-4470
(F) 212-440-4401
philip.hirschhorn@bipc.com

*Of Counsel:*
Jeffrey S. Ward
Shane A. Brunner
Edward J. Pardon
Wendy M. Ward
MERCHANT & GOULD P.C.
10 East Doty Street, Suite 600
Madison, WI 53703
(T) 608-280-6750

(F) 612-332-9081
jward@merchantgould.com
sbrunner@merchantgould.com
epardon@merchantgould.com
wward@merchantgould.com

*Attorneys for Pharmaceutics International, Inc.and Hikma Farmaceutica S.A.*

/s/ Anthony J. Laura
Anthony J. Laura
PATTON BOGGS LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102
(T) 973-848-5600
(F) 973-848-5601
ALaura@PattonBoggs.com

*Of Counsel:*
Barry S. White
John G. Taylor
Andrew Wasson
Julie Kurzrok
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
(T) 212-588-0800
(F) 212-588-0500
bwhite@flhlaw.com
jtaylor@flhlaw.com
awasson@flhlaw.com
jkurzrok@flhlaw.com

*Attorneys for Defendants Emcure Pharmaceuticals USA, Inc. and Emcure Pharmaceuticals, Ltd.*

/s/ Martin B. Pavane
Martin B. Pavane
Julia S. Kim

3

Marilyn Neiman
Andrew Nemiroff
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Telephone: 212-883-4900
Facsimile: 888-864-3013
mpavane@cozen.com
jkim@cozen.com
mneiman@cozen.com
anemiroff@cozen.com

*Attorneys for Defendants Sagent Pharmaceuticals, Inc., ACS Dobfar Info S.A.*

/s/ Steven J. Lee
Steven J. Lee
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Of Counsel:*
Robert V. Cerwinski
Thomas F. Lavery, IV
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Phone (212) 425-7200
Fax (212) 425-5288

*Counsel for Defendants
Sun Pharma Global FZE
Sun Pharmaceutical Industries Ltd.
Caraco Pharmaceutical Laboratories Ltd.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2013, I caused to be electronically filed the foregoing Defendants' Submission of Supplemental Authority in Support of Their Motions to Dismiss Count II of the Amended Complaint with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

/s/__Philip L. Hirschhorn_____