**FLASTER/GREENBERG P.C.**
By:  Jeffrey A. Cohen, Esquire
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900—Phone
(856) 661-1919—Facsimile
Jeff.Cohen@FlasterGreenberg.com
*Attorneys for Defendants, Apotex Corp. and Apotex Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMS. CORP., NOVARTIS CORP., and NOVARTIS AG,<br><br>*Plaintiffs,*<br><br>v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LTD.<br><br>*Defendants.*<br><br>— and —<br><br>NOVARTIS PHARMS. CORP., NOVARTIS CORP., and NOVARTIS AG,<br><br>*Plaintiffs,*<br><br>v.<br><br>SUN PHARMA GLOBAL FZE and SUN PHARM. INDUS. LTD.,<br><br>*Defendants.*<br><br>— and — | **Civil Action No.**<br>**2:12-cv-3967-SDW-MCA**<br>  *consolidated with Nos.*<br>2:12-cv-04393-SDW-MCA<br>2:13-cv-01028-SDW-MCA<br>2:13-cv-04669-SDW-MCA<br>2:13-cv-02379-SDW-MCA<br><br>Judge Susan D. Wigenton<br><br>Mag. Judge Madeline Cox Arleo<br><br>**Document Electronically Filed**<br><br>**NOTICE OF APOTEX'S MOTION FOR JUDICIAL NOTICE OF THE FDA RESPONSE TO NOVARTIS'S CITIZEN PETITION**<br><br>ORAL ARGUMENT REQUESTED<br><br>Motion Day:  October 7, 2013 |

NOVARTIS PHARMS. CORP.,

    *Plaintiff,*

    v.

ACTAVIS LLC; APOTEX, INC.; APOTEX CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABS., INC.; DR. REDDY'S LABS. LTD.; EMCURE PHARMS. USA, INC.; EMCURE PHARMS., LTD.; HOSPIRA, INC.; PHARM. INT'L INC.; SAGENT PHARMS., INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARM. LABS., LTD; SUN PHARM. INDUS. LTD.; TEVA PARENTERAL MEDS., INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,

    *Defendants.*

**To:** All Counsel Of Record

PLEASE TAKE NOTICE that on October 7, 2013, or as soon thereafter as counsel may be heard, Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex"), by and through their undersigned counsel, will move before The Honorable Susan D. Wigenton of the United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101, or at such other time and place as the Court may set, for an order granting *Apotex's Motion For Judicial Notice Of The FDA Response To Novartis's Citizen Petition*.

– 2 –

PLEASE FURTHER TAKE NOTICE that in support of this Motion, Defendants rely on the accompanying brief and supporting exhibits, filed concurrently with this Motion.

PLEASE FURTHER TAKE NOTICE that oral argument is requested.

PLEASE FURTHER TAKE NOTICE that a proposed order is attached.

Respectfully submitted,

Dated:   September 6, 2013

*/s/ Jeffrey A. Cohen*
**FLASTER/GREENBERG P.C.**
By:  Jeffrey A. Cohen
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900 – Phone
(856) 661-1919 – Facsimile
jeff.cohen@flastergreenberg.com

**HUSCH BLACKWELL LLP**
Philip D. Segrest, Jr.
Steven E. Feldman
Sherry Rollo
120 S. Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500 – Phone
(312) 655-1501 – Facsimile

*Attorneys for Defendants,*
*Apotex Corp. and Apotex Inc.*

3456100