

**McCARTER & ENGLISH**
ATTORNEYS AT LAW

September 11, 2013

**VIA ECF**

Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *Novartis Pharmaceuticals Corporation, et al., v. Wockhardt USA LLC, et al.*,
             Consolidated Civil Action No. 2:12-cv-03967-SDW-MCA

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

Dear Judge Wigenton,

    This firm, along with Wilmer Cutler Pickering Hale and Dorr LLP, represents Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG ("Novartis") in this consolidated action.

    On September 4, 2013, Defendants Pharmaceutics International, Inc., Sagent Pharmaceuticals, Inc., ACS Dobfar Info S.A., Emcure Pharmaceuticals USA, Inc., Emcure Pharmaceuticals, Ltd., Sun Pharma Global FZE, Caraco Pharmaceutical Laboratories, Ltd., and Sun Pharmaceutical Industries Ltd. ("Defendants") submitted supplemental authority in support of their Motion to Dismiss Count II of the Corrected Amended Complaint (Dkt. Nos. 208 and 209 in Case No. 13-cv-1028). Docket entry 175 set Novartis's deadline to respond at September 11, 2013.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

    Defendants have consented to Novartis's request to extend the September 11, 2013 response deadline to September 23, 2013, the deadline for Novartis to respond to Apotex's Motion for Judicial Notice (Dkt. No. 177).

    If Your Honor finds this extension acceptable, we respectfully request that you 'so order' this letter and have it entered on the docket.

Respectfully,

s/William J. O'Shaughnessy

William J. O'Shaughnessy

cc: Counsel of Record (via ECF)

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

SO ORDERED on this 12th day of September, 2013,

_____
Hon. Susan D. Wigenton, U.S.D.J.