

September 20, 2013

**VIA ECF**

Hon. Madeline C. Arleo, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    **Re:**    *Novartis Pharmaceuticals Corporation, et al., v. Wockhardt USA LLC, et al.,*
             <u>Consolidated Civil Action No. 2:12-cv-03967-SDW-MCA</u>

William J. O'Shaughnessy
Partner
T. 973.639.2094
F. 973.297.3722
woshaughnessy@mccarter.com

Dear Judge Arleo,

    This firm, along with Wilmer Cutler Pickering Hale and Dorr LLP, represents Plaintiffs Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG ("Novartis") in this consolidated action.

    As instructed at the scheduling conference on June 10, 2013, the parties are currently scheduled for a status conference on September 26, 2013, at 12:00 PM. The parties have conferred, however, and do not believe that there are any issues that require discussion with the Court at this time. Because there are no issues to address, and Judge Wigenton has not yet rendered a decision on certain Defendants' motions to dismiss, the parties respectfully suggest that the status conference be adjourned until November 14, 2013, at 12:00 PM.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

    If Your Honor finds this adjournment acceptable, we respectfully request that you 'so order' this letter and have it entered on the docket.

Respectfully,

s/William J. O'Shaughnessy

William J. O'Shaughnessy

cc: Counsel of Record (via ECF)

                      **SO ORDERED on this _____ day of September, 2013,**

                      _____
                      **Hon. Madeline C. Arleo, U.S.M.J.**

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON