# EXHIBITS 1, 2, AND 5
# COVER PAGE