CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL – SUBJECT TO CONFIDENTIALITY ORDER

William J. O'Shaughnessy
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 639-2094
woshaughnessy@mccarter.com

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

OF COUNSEL:

Jane M. Love, Ph.D.
Robert Trenchard
Martin E. Gilmore
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

Lisa J. Pirozzolo
Sean K. Thompson
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Rachel L. Weiner
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000

*Attorneys for Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG*

# REDACTED

CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL – SUBJECT TO CONFIDENTIALITY ORDER

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS CORPORATION, and NOVARTIS AG,<br><br>                            Plaintiffs,<br><br>   v.<br><br>WOCKHARDT USA LLC and WOCKHARDT LIMITED<br>   and<br>SUN PHARMA GLOBAL FZE and<br>SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>                           Defendants. | Civil Action No.<br><br>2:12-cv-03967-SDW-MCA<br><br><br>[Consolidated with Civil Action Nos. 2:12-cv-04393, 2:13-cv-01028, 2:13-cv-02379, and 2:13-04669]<br><br><br>FILED UNDER SEAL |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                           Plaintiff,<br>   v.<br><br>ACCORD HEALTHCARE INC.; ACTAVIS LLC; APOTEX, INC.; APOTEX, CORP.; GLAND PHARMA LTD.; DR. REDDY'S LABORATORIES, INC.; DR. REDDY'S LABORATORIES LTD.; EMCURE PHARMACEUTICALS USA, INC.; EMCURE PHARMACEUTICALS, LTD; FRESENIUS KABI USA, LLC; HIKMA FARMACEUTICA S.A.; HOSPIRA, INC.; PHARMACEUTICS INTERNATIONAL INC.; SAGENT PHARMACEUTICALS, INC.; ACS DOBFAR INFO S.A.; STRIDES, INC.; AGILA SPECIALTIES PRIVATE LTD.; SUN PHARMA GLOBAL FZE; CARACO PHARMACEUTICAL LABORATORIES, LTD.; SUN PHARMACEUTICAL INDUSTRIES LTD.; USV NORTH AMERICA, INC.; WOCKHARDT USA LLC; and WOCKHARDT LTD.,<br><br>                           Defendants. | |

**DECLARATION OF ROBERT W. TRENCHARD IN SUPPORT OF NOVARTIS'S RESPONSE TO CERTAIN DEFENDANTS' REQUESTS TO SUPPLEMENT THEIR MOTIONS TO DISMISS WITH AN FDA LETTER**

CONFIDENTIAL – ATTORNEYS' EYES ONLY MATERIAL – SUBJECT TO CONFIDENTIALITY ORDER

I, Robert W. Trenchard, declare as follows:

1. I am a partner at Wilmer, Cutler, Pickering, Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich St., New York, NY 10007, and counsel for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") in this matter.

2. I submit this declaration in support of Novartis's Response To Certain Defendants' Requests To Supplement Their Motions To Dismiss With An FDA Letter.

3. Attached hereto are true and accurate copies of the following exhibits:

    (1) Novartis's Citizen Petition (March 1, 2013);

    (2) FDA Letter Responding to Novartis's Citizen Petition (August 1, 2013);

    (3) (SEALED) Projected Sales Data from Generic ███████████████;

    (4) (SEALED) Sample ANDA Certification from Pharmaceutics International, Inc. ███████; and

    (5) Novartis's Request to Supplement the Record and for Reconsideration (August 23, 2013).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2013

*/s/ Robert Trenchard*
Robert Trenchard

1