# Budd Larner

A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, N.J. 07078-2703
973-379-4800
FAX 973-379-7734
www.buddlarner.com

DIRECT DIAL (973) 315-4462
E-mail:  ssender@buddlarner.com

June 2, 2014

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: *Novartis Pharmaceuticals Corp. v. Wockhardt USA LLC, et al.*,
      Consolidated Civil Action No. 12-cv-03967-SDW-MCA

Dear Judge Arleo:

  We represent defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. ("DRL") in connection with the above matter. Enclosed is a Stipulation and Proposed Order extending the time for DRL to respond to Novartis's Second Amended Complaint. If the form and substance of the proposed Order meets with Your Honor's approval, we ask that it be entered.

  Thank you for your consideration of this request.

            Respectfully submitted,

            s/ Stuart D. Sender

            Stuart D. Sender

Enclosure

cc: Counsel of Record (via ECF)

980059